George C. Corlis v. John H. Byron.—Motion

denied, with ten dollars costs. Opinion by Barnard, P. J.